# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                        **CASE NO. 25-mj-08232-ADM**
                                          **FILED UNDER SEAL**

**MARKEESE FLUKER,**

        **Defendant.**

## CRIMINAL COMPLAINT

I, Joshua Temple, a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about September 24, 2025, in the District of Kansas, the defendant,

**MARKEESE FLUKER,**

knowingly possessed and sold a stolen firearm, identified as a Taurus International model PT111 G2A 9mm pistol, serial number TLW22339, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 2

On or about September 24, 2025, in the District of Kansas, the defendant,

**MARKEESE FLUKER,**

knowingly possessed and transferred six machine guns as defined in 26 U.S.C. § 5845(b), identified as six machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), with reference to Title 26, United States Code, Section 5845(b).

## COUNT 3

On or about October 1, 2025, in the District of Kansas, the defendant,

**MARKEESE FLUKER,**

knowingly possessed and transferred nine machineguns as defined in 26 U.S.C. § 5845(b), identified as nine machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), with reference to Title 26, United States Code, Section 5845(b).

## COUNT 4

On or about October 8, 2025, in the District of Kansas, the defendant,

**MARKEESE FLUKER,**

knowingly possessed and transferred 12 machineguns as defined in 26 U.S.C. § 5845(b), identified as: (1) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072233; (2) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072239; and (3) 10 machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), with reference to Title 26, United States Code, Section 5845(b).

## COUNT 5

On or about October 24, 2025, in the District of Kansas, the defendant,

**MARKEESE FLUKER,**

possessed and transferred 12 machineguns as defined in 26 U.S.C. § 5845(b), identified as: (1) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075032; (2) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075023; (3) a Glock model 19GEN4 9mm pistol, serial number YTG698; (4) a Glock model 22GEN4 .40 caliber pistol, serial number; and, (5) eight machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), with reference to Title 26, United States Code, Section 5845(b).

## STATEMENT IN SUPPORT OF PROBABLE CAUSE

The following facts were made known to me by personal observation or from information that I received from other law enforcement officers, and/or from other individuals:

1. I, Joshua Temple, a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) have investigated numerous crimes to include federal firearm violations.

2. For purposes of this affidavit, "machinegun" means any weapon which shoots or is designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. *See* 18 U.S.C. § 5845(b). For purposes of this affidavit, "machinegun conversion device," or "MCD," means any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun, as defined in 18 U.S.C. § 5845(b). Machinegun conversion devices qualify as machineguns. *See* 18 U.S.C. § 5845(b).

3. On September 24, 2025, an ATF Confidential Informant (CI), operating under the direction of ATF agents, conducted a controlled purchase of firearms and machinegun conversion devices (MCDs) from Markeese FLUKER. The following firearms were purchased by the CI from Markeese FLUKER in the District of Kansas:

   a. A stolen Taurus International model PT111 G2A 9mm pistol, serial number TLW22339, which was confirmed through NCIC and with the reporting police department as being stolen. Additionally, prior to the controlled purchase, Markeese FLUKER stated on an audio recorded Facetime call with the CI that he (Markeese FLUKER) had "stripped someone for it" which the CI and SA Temple took to mean he robbed

someone of the firearm. This firearm was not manufactured in Kansas and so it was possessed by Markeese FLUKER in and affecting interstate nexus.

    b. An IWI US Inc. model Z-15 5.56 pistol, serial number ZH011635.

    c. Five (5) AR drop-in auto-sear machine gun conversion devices (MCDs). These are machineguns as defined by 18 U.S.C. § 5845(b).

    d. One (1) Glock-style internal MCD.

4. On October 1, 2025, an ATF Confidential Informant (CI) conducted a controlled purchase of firearms and machinegun conversion devices from Markeese FLUKER. The following firearms were purchased by the CI from Markeese FLUKER in the District of Kansas:

    a. A Glock model 17GEN5 9mm pistol, serial number CCSA673.

    b. A Sig Sauer model P320 9mm pistol, serial number 58A105399.

    c. A Ruger, model Ruger-57 5.7 caliber pistol, serial number 644-02600.

    d. Eight (8) AR drop-in auto-sear MCDs. These are machineguns as defined by 18 U.S.C. § 5845(b).

    e. One (1) Glock-style internal MCD.

5. On October 8, 2025, an ATF Confidential Informant (CI) and an ATF Undercover Agent (UC) conducted a controlled purchase of firearms and machinegun conversion devices from Markeese FLUKER. The following firearms were purchased by the UC from Markeese FLUKER in the District of Kansas:

    a. An Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072233, that had been converted to a machinegun.

    b. An Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072239, that had been converted to a machinegun.

    c. An Aero Precision model X15multi-caliber pistol, Serial Number: X641719.

    d. A DPMS model A15multi-caliber rifle, serial number: DNWC052865.

    e. Ten (10) AR drop-in auto-sear MCDs. These are machineguns as defined by 18 U.S.C. § 5845(b).

6. On October 24, 2025, an ATF UC conducted a controlled purchase of firearms and machinegun conversion devices from Markeese FLUKER. The following firearms were purchased by the UC from Markeese FLUKER in the District of Kansas:

    a. An Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075032, that had been converted to a machinegun.

    b. An Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075023, that had been converted to a machinegun.

    c. A Glock model 19GEN4 9mm pistol, serial number YTG698, that had been converted to a machinegun.

    d. A Glock, model 22GEN4 .40 caliber pistol, serial number ZDG833, that had been converted to a machinegun.

    e. A Palmetto State Armory model Palmetto Dagger Micro 9mm pistol, serial number SC922855.

    f. Eight (8) AR drop-in auto-sear MCDs. These are machineguns as defined by 18 U.S.C. § 5845(b).

7.  SA Temple provided ATF Firearm Enforcement Officer (FEO) John Miller with photographs of the above machineguns and machinegun conversion devices (MCDs). FEO Miller provided SA Temple with a verbal conformation that the firearms described above as "machineguns" do meet the legal definition of a machinegun and the above-described "machinegun conversion devices (MCDs)" are also machineguns because they meet the definition set out in 18 U.S.C. § 5845(b).

8.  WHEREFORE, your affiant respectfully requests that an arrest warrant be issued authorizing the ATF, with appropriate assistance from other law enforcement officers, to arrest **Markeese FLUKER** for violations of federal law.

Respectfully submitted,

JOSHUA TEMPLE
Digitally signed by JOSHUA TEMPLE
Date: 2025.12.16 14:30:21 -06'00'

Joshua Temple
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and attested by affiant via telephone, after being submitted to me by reliable electronic means, on this 16th day of December 2025.

_____
Honorable Teresa J. James
United States Magistrate Judge
District of Kansas

## PENALTIES

**Count 1:**   **18 U.S.C. §§ 922(j) & 924(a)(2)**

**Possession and Sale of a Stolen Firearm**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Counts 2-5:**   **18 U.S.C. §§ 922(o) & 924(a)(2)**

**Possession and Transfer of a Machinegun**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).